IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:13-CR-467-TWT |
| GREGORY BRYANT<br>also known as Michael Bell<br>also known as Yule Berry<br>also known as Damon Black<br>also known as Gregory Barnard Bryant<br>also known as Timothy Bernard Gordon also known as Michael Havener also known as Earvin Johnson also known as Jahan Sabu Jones also known as Carrio Dion Michelin also known as Carrion Dion Michelin also known as Nilo Natural, Jr. also known as Jordan Robertson also known as David Swanson also known as Sean Taylor also known as Michael Tontillo also known as Bryart Xzavier,<br>    Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the pro se Defendant's Motion to Terminate Supervised Release [Doc. 53]. Probation does not oppose the motion which is GRANTED as of May 3, 2017. The supervising Probation Officer

is directed to notify the Court and move to revoke this Order if there are any serious violations between now and May 3, 2017.

SO ORDERED, this 10 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge